### FARMERS STATE BANK *v.* SCOTT.

PER CURIAM.   This case comes before this court upon exceptions to the grant of an interlocutory injunction.   On this question the Justices of this court are equally divided in opinion.   Russell, C. J., and Hill and Hines, JJ., are for affirmance under the pleadings and evidence.   Beck, P. J., and Atkinson and Gilbert, JJ., are for reversal.   The judgment of the lower court is therefore affirmed by operation of law.

No. 8455.   FEBRUARY 19, 1932.

*Hollis Fort,* for plaintiff in error.
*B. S. Miller,* and *T. B. Bagley,* contra.